IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NICHOLAS MYERS                                                    PLAINTIFF

v.                      Civil No. 5:17-cv-05179

SHERIFF TIM HELDER; and                                           DEFENDANTS
DR. ROBERT KARAS

## OPINION AND ORDER

Plaintiff filed this case pursuant to the provisions of 42 U.S.C. § 1983. He proceeds *pro se* and proceeds *in forma pauperis* (IFP).

Separate Defendant Sheriff Helder filed a Motion to Dismiss (ECF No. 12) on October 17, 2017. Plaintiff did not respond to the Motion to Dismiss. On November 13, 2017, an Order (ECF No. 23) was entered directing Plaintiff to file a response by November 27, 2017.

Plaintiff has not responded to the Order (ECF No. 23). Plaintiff has not sought an extension of time to respond. He has not filed a response to the Motion to Dismiss.

This case is **DISMISSED WITHOUT PREJUDICE** based on the Plaintiff's failure to prosecute this case and his failure to obey the orders of the Court. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED on this 6th day of December 2017.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE